OPINION — AG — ** MILITARY SECURITY GUARD — BASIC TRAINING — CERTIFICATION ** (1) MILITARY SECURITY GUARDS, APPOINTED PURSUANT TO 44 O.S. 230 [44-230], ARE PEACE OFFICERS, AS DEFINED IN 70 O.S. 3311 [70-3311](D)(5) AND ARE REQUIRED SATISFACTORILY TO COMPLETE BASIC POLICE TRAINING COURSE, OFFERED OR APPROVED BY THE COUNCIL ON LAW ENFORCEMENT EDUCATION AND TRAINING AS REQUIRED BY 70 O.S. 3311 [70-3311](D)(3). (2) MILITARY SECURITY GUARDS, APPOINTED PURSUANT TO 44 O.S. 230 [44-230] MUST SUCCESSFULLY COMPLETE A BASIC POLICE TRAINING COURSE WITHIN ONE YEAR OF THEIR DATE OF APPOINTMENT, OR FORFEIT THEIR POSITION, UNLESS CLEET, IN ITS DISCRETION, FOR GOOD CAUSE, EXTENDS SUCH TIME REQUIREMENT, PURSUANT TO 70 O.S. 3311 [70-3311](D)(3). (3) MILITARY SECURITY GUARDS, APPOINTED PURSUANT TO 44 O.S. 230 [44-230] HAVE THE AUTHORITY TO PROTECT THE PROPERTY AND EQUIPMENT OF THE OKLAHOMA NATIONAL GUARD WHEREVER SUCH PROPERTY OR EQUIPMENT MAY BE LOCATED IN THE STATE OF OKLAHOMA, INCLUDING WHEN TRANSPORTED OVER PUBLIC ROADS OR LOCATED ON TEMPORARY MILITARY SITES. (NATIONAL GUARD, EDUCATION, CERTIFICATION, "PEACE OFFICER", TRAINING COURSES) CITE: 29 O.S. 252 [29-252](H), 44 O.S. 230 [44-230](A), 70 O.S. 3311 [70-3311](D), OPINION NO. 71-444 (JEFF MIXON)